# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-18-00343-CV

**DHJB Development, LLC; Highland Homes—San Antonio, LLC; and Monticello Custom Homes, L.P., Appellants**

**v.**

**Patricia Lux Graham and Terrell Graham, Appellees**

## FROM COUNTY COURT AT LAW NO. 2 OF COMAL COUNTY
## NO. 2017CVB0482, HONORABLE CHARLES A. STEPHENS, II, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

Appellants Highland Homes—San Antonio, LLC and Monticello Custom Homes, L.P. have filed an unopposed motion to dismiss their appeal. We hereby grant the motion and dismiss Highland Homes—San Antonio, LLC and Monticello Custom Homes, L.P. as appellants. The appeal shall continue as to the remaining appellant, DHJB Development, LLC. We have amended the style of the case to reflect the partial dismissal: *DHJB Development, LLC, Appellant v. Patricia Lux Graham and Terrell Graham, Appellees*.

It is ordered October 5, 2018.


Before Chief Justice Rose, Justices Field and Toth